# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS BRANCH, | No. 2:19-CV-1742-TLN-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| LORI AUSTIN, et al., | |
| Defendants. | |

   Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff voluntarily dismissed this action on September 25, 2019.  See ECF Nos. 8 and 9.  Pending before the Court in this closed case is plaintiff's motion to rescind the filing fees.  See ECF No. 10.

   With his complaint, plaintiff filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).  See ECF No. 5.  The Court granted plaintiff's request.  See ECF No. 7.  Under § 1915(b)(1), even where a prisoner is granted leave to proceed in forma pauperis, the prisoner "shall be required to pay the full amount of a filing fee."  Plaintiff argues the Court should rescind its order requiring monthly installment payments of the filing fee until paid in full because he voluntarily dismissed the action.  The imposition of the filing fee, however, is

///

///

1

1 | mandatory.  For this reason, plaintiff's motion is denied.

2 |            IT IS SO ORDERED.

5 | Dated:  June 22, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2